71,460-03; -04

1-13-15

Abel Acosta, Clerk
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

RE: Robert Brown III - WR-71,460-03; 04

Dear Mr. Acosta

I understand that my 11.07 application was filed with you on 12-4-14. My questions to you are as follows:

1.) What documents were filed with the 11.07 application?
2.) What was the Judges reccomendations from the trial court?
3.) Did the D.A. do a proposed findings of facts and conclusion of law
4.) Is the Applicant's proposed findings of facts and conclusion of law in the packet?
5.) Did you receive the motion for a stay that I mailed to you on 12-16-14?
6.) What is the status of my writ of Mandamus

I want to thank you in advance for your time & attention

Sincerely,

Robert F. Brown

Contact info
Robert Brown - 1398098
Robertson
12071 FM 3522 Abilene, TX 79601